AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>CHRISTIAN JAVIER MEJIA-SINCHE,<br>a/k/a "Christian Mejia"<br>a/k/a "Christian Sinche"<br>*Defendant(s)* | Case No.<br>25-mj-7014 (EAP) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of ____Burlington____ in the _____ District of ____New Jersey____, the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal reentry. See Attachment A. |

This criminal complaint is based on these facts:

See Attachment B

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Deportation Officer Ellen Chao, ICE
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ____telephone____ *(specify reliable electronic means)*.

Date: 3/31/2025

_____
*Judge's signature*

City and state: District of New Jersey    Hon. Elizabeth A. Pascal, U.S. Magistrate Judge
*Printed name and title*

CONTENTS APPROVED
UNITED STATES ATTORNEY

By: *[signature]*

Daniel A. Friedman
Assistant U.S. Attorney

Date: March 31, 2025

## Attachment A

On or about March 17, 2025, in Burlington County, in the District of New Jersey, the defendant,

**CHRISTIAN JAVIER MEJIA-SINCHE,**
a/k/a "Christian Mejia"
a/k/a "Christian Sinche"

an alien, who had been previously excluded and deported and had departed from the United States, did knowingly and unlawfully enter and was found in the United States without the express consent of the Secretary of the Department of Homeland Security or Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States.

In violation of Title 8, United States Code, Sections 1326(a).

## Attachment B

I, Ellen Chao, a Deportation Officer of U.S. Immigration and Customs Enforcement ("ICE"), having conducted an investigation and having spoken with other individuals, have knowledge of the following facts:

1. Defendant CHRISTIAN JAVIER MEJIA-SINCHE, a/k/a "Christian Mejia," a/k/a "Christian Sinche" is a native and citizen of Ecuador.

2. On or about April 8, 2024, United States Border Patrol encountered defendant CHRISTIAN JAVIER MEJIA-SINCHE near Santa Teresa, New Mexico. United States Border Patrol determined that defendant MEJIA-SINCHE had unlawfully entered the United States without a valid immigration visa, reentry permit, border crossing card, or other valid entry document, at a time and place other than as designated by immigration officers of the United States of America. Thereafter, the Acting Border Patrol Agent-in-Charge verified defendant MEJIA-SINCHE was inadmissible to the United States. Defendant MEJIA-SINCHE was processed as an Expedited Removal.

3. On or about May 8, 2024, defendant CHRISTIAN JAVIER MEJIA-SINCHE was removed from the United States while an order of deportation was outstanding.

4. Thereafter, on an unknown date, defendant CHRISTIAN JAVIER MEJIA-SINCHE illegally reentered the United States without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security.

[Continued on next page]

6. On or about March 15, 2025, ICE officers learned that defendant CHRISTIAN JAVIER MEJIA-SINCHE was present in Riverside Township, New Jersey. On or about March 17, 2025, defendant CHRISTIAN JAVIER MEJIA-SINCHE was placed into ICE custody.

_____
Ellen Chao
Deportation Officer, ICE

Pursuant to Fed. R. Crim. P. 4.1, Deportation Officer Chao was sworn and attested to the contents of this affidavit in support of the complaint and arrest warrant for defendant CHRISTIAN JAVIER MEJIA-SINCHE.

_____
HON. ELIZABETH A. PASCAL
United States Magistrate Judge

Date: March 31, 2025